UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-424-MOC-DSC

| | |
|---|---|
| DEBORAH KNOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BISSELL COMPANIES, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Court's own Motion. The above-captioned matter is referred for a Judicial Settlement Conference before United States Magistrate Judge David C. Keesler. The parties shall provide any case documents or other correspondence required by the settlement judge.

In the event the case does not settle during the settlement conference, all parties shall appear on any current scheduled trial date ready to proceed with trial. Should the case settle during the settlement conference, counsel shall submit a final order to this Court to remove the case from the pending docket.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Court's own Motion is **GRANTED**, and the parties are **ORDERED** to appear on Thursday, December 8, 2016 at 2:00 p.m. for a Judicial Settlement Conference before United States Magistrate Judge David C. Keesler. The Judicial Settlement Conference will be held at the Federal Courthouse, 401 West Trade Street, Charlotte, North Carolina 28202.

Signed: December 5, 2016

David C. Keesler
United States Magistrate Judge