# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-424-MOC-DSC

| | |
|---|---|
| DEBORAH KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BISSELL COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the scheduling of a Judicial Settlement Conference. The Honorable Max O. Cogburn, Jr. has directed that the undersigned hold a Judicial Settlement Conference in this matter as soon as possible. As such, *pro se* Plaintiff, Defendant's counsel, and a representative of Defendant with full settlement authority, are required to appear on **Thursday, December 8, 2016**. See (Document No. 54).

During settlement conferences, the undersigned generally follows the North Carolina mediation rules. However, the Court believes the unique value of a judicial settlement conference is in getting a judicial perspective. To that end, the undersigned will share his opinion as to the strengths and weaknesses of the case, as well as a perspective as to the possible value a North Carolina jury could place on the case. At the outset of the conference, the undersigned will make an initial statement, each side will be allowed a brief period of time to summarize its position, and then the undersigned will meet with each party. After these initial meetings, the undersigned may meet with all parties or meet with individual parties on an as needed basis.

The scheduled Judicial Settlement Conference will be confidential. Nothing said, done, or produced during the conference shall constitute an admission of liability or an agreement adverse

to the participating party's interest. By attending this conference, the parties agree to such confidentiality as well as to summary enforcement by an appropriate Order of the district court.

Each side shall submit a **confidential** settlement brief, not longer than **three (3) pages**, summarizing recent negotiations and discussing the strengths and weaknesses of your position and the perceived strengths and weaknesses of your opponent's position. Please include a statement of a proposed fair resolution of the matter. The confidential briefs shall be submitted to the undersigned's chambers by hand-delivery, email to Dustin_Taylor@ncwd.uscourts.gov, or by fax to 704-350-7435 – on or before **Wednesday, December 7, 2016 at 3:00 p.m.**

**IT IS, THEREFORE, ORDERED** the parties shall participate in a Judicial Settlement Conference on **Thursday, December 8, 2016, at 2:00 p.m.** in Courtroom #2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina. .

**IT IS FURTHER ORDERED** that the parties shall submit confidential settlement briefs as directed herein.

**SO ORDERED**.

Signed: December 5, 2016

David C. Keesler
United States Magistrate Judge